UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-4741-SK Date: August 21, 2026

Title Zi He v. Markwayne Mullin, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| A. Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER GRANTING PETITION**

The petition for writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED. See 8 U.S.C. §§ 1226(a)(2), 1226(b); 8 C.F.R. § 236.1(c)(9); see also Rodriguez Vazquez v. Bostock, 2026 WL 2196424 (9th Cir. 2026).

Petitioner **Zi He (A# 233-978-934)** is ORDERED RELEASED IMMEDIATELY from ICE custody under an official written order of release providing notice of the terms of release and the express conditions on which release may be revoked.

Judgment in petitioner's favor will be entered accordingly. Any application for temporary restraining order and preliminary injunction is denied as moot.

IT IS SO ORDERED.