JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZI HE,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-4741-SK<br>**JUDGMENT** |

Pursuant to the Order Granting Petition, IT IS ADJUDGED that the 28 U.S.C. § 2241 petition is granted in Petitioner's favor. Petitioner **Zi He (A# 233-978-934)** is ORDERED RELEASED IMMEDIATELY from ICE custody under an official written order of release providing notice of the terms of release and the express conditions on which release may be revoked.

DATED: August 21, 2026

STEVE KIM
United States Magistrate Judge